IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                      No. 2:13-cv-0176 JAM AC P

    vs.

JERRY BROWN,

    Defendant.                    FINDINGS AND RECOMMENDATIONS

                              /

        By an order filed April 1, 2013, plaintiff was ordered to pay the appropriate filing fees in full within twenty-eight days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. See Order, April 1, 2013, ECF No. 12; Findings and Recommendations, Feb. 5, 2013, ECF No. 5. The twenty-eight day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice, and that all other pending motions (ECF Nos. 7, 8, 9, 10) be denied as moot.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-eight days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  Such a document should be captioned "Objections to Magistrate
2  Judge's Findings and Recommendations."  Plaintiff advised that failure to file objections within
3  the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).

5  DATED: May 6, 2013.

                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE

10  AC:rb/winf0176.fifp

2